IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID BRADLEY WILSON, | ) | |
| AIS #277765, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CV-587-RAH-CSC |
| | ) | |
| JASON SMOAK, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Before the court is the Magistrate Judge's Report and Recommendation filed January 4, 2023 (Doc. 8), to which no objections have been filed.  Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 27th day of January, 2023.

_____/s/ R. Austin Huffaker, Jr._____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE